THE STATE v. PEPPER, et al.

The State
v.
Pepper, et al.

An appeal cannot be taken until final judgment has been rendered in the cause.

Appeal from the Washington Circuit Court.

*Opinion of the Court, delivered by Scott, Judge.*

A scire facias was issued against Pepper, and bail, on a forfeited recognizance. The parties appeared, and demurred to the scire facias. The demurrer was sustained, and the cause is brought here by the State.

An appeal cannot be taken until final judgment has been rendered in the cause.

A motion was made to dismiss the appeal, because it appears from the record, that no final judgment has been entered in the cause. This motion must prevail. It appears from an inspection of the record, that the court simply gave a judgment sustaining the demurrer to the scire facias. No further entry is made in the cause. The suit, then, is still pending in the court below, and this appeal is improvidently brought here.